UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUIS TORO, Individually and on behalf of all others similarly situated,

                              Plaintiffs,

-against-

J. MARK SUBLETTE MEDICINE MAN GALLERY, INC.,

                              Defendant.
-------------------------------------------------------------X

Case No. 22-cv-6937-JMF

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed without prejudice and without costs.

Dated: New York, New York

       December 12, 2022

MARS KHAIMOV LAW, PLLC

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Ste 2nd Floor
Forest Hills, New York 11375
(917) 915-7415
mars@khaimovlaw.com
*Attorneys for Plaintiff*

BLANK ROME LLP

By: _____
Martin S. Krezalek, Esq.
1271 Avenue of the Americas
New York, New York 10020
(212) 885-5130
martin.krezalek@blankrome.com
*Attorneys for Defendant*

SO ORDERED: _____
                       U.S.D.J

December 13, 2022

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

4895-5040-3388.1